# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER DAVID HORSMAN,<br><br>   Defendant. | Case No. 1:22-cr-00106-SAB-1<br><br>ORDER CONTINUING OCTOBER 19, 2023, CONTESTED HEARING TO NOVEMBER 16, 2023<br><br>(ECF No. 23) |

On September 28, 2023, the Defendant made an initial appearance regarding a probation violation petition. (ECF No. 23.) Defendant requested the matter be set for a contested hearing, and the Court set the matter for a contested hearing to be held on October 19, 2023. (Id.) Defendant and counsel were ordered to appear in person. (Id.) Due to the Court's calendar for that day and the potential duration of the forthcoming contested hearing, the Court must continue the hearing so as to allow the case to have adequate time.

Accordingly, IT IS HEREBY ORDERED that the contested hearing currently set for October 19, 2023, is CONTINUED to November 16, at 10:00 a.m., in Courtroom 9. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **October 3, 2023**

UNITED STATES MAGISTRATE JUDGE