Case 1:22-cr-00106-SAB   Document 29   Filed 11/21/23   Page 1 of 3

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
|---|---|
| v. | |
| **CHRISTOPHER DAVID HORSMAN** | Criminal Number: **1:22CR00106-001** |
| | Defendant's Attorney: Jessica Gutierrez specially appearing for Lawrence J La Rocca, Retained |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s) __1 and 2__ as alleged in the violation petition filed on __8/25/2023__.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | The defendant failed to timely complete community service hours. | 8/17/2023 |
| 2 | The defendant failed to get pre-approval of non-profit organization, then created his own company and did services from his company. | 8/17/2023 |

The court:  [ ] revokes:  [✓] modifies:  [ ] continues under same conditions of supervision heretofore ordered on __10/20/2022__.

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/16/2023
Date of Imposition of Sentence

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
11/20/2023
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **CHRISTOPHER DAVID HORSMAN**　　　　　　　　　　　　　　　　　　　　Page 2 of 3
CASE NUMBER: **1:22CR00106-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 14 days.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.

- [✓] The court makes the following recommendations to the Bureau of Prisons:
  The court recommends that the defendant be incarcerated at or near Pueblo, Colorado, but only insofar as this accords with security classification and space availability.

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [✓] The defendant shall surrender to the United States Marshal by 2/16/2024.
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: by 2/16/2024.
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

- [ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　By Deputy United States Marshal

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **CHRISTOPHER DAVID HORSMAN**　　　　　　　　　　　　　　　　　　　　　Page 3 of 3
CASE NUMBER: **1:22CR00106-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of:
<u>1 year to expire on 11/16/2024</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

### CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant is ordered to appear for a Probation Review Hearing on 9/19/2024 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone.

   **A status report regarding the Defendant's performance on probation shall be filed by the Defendant, along with proof of the community service completion form, 14 days prior to the Probation Review.**
5. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.
6. The defendant shall complete 100 hours of community service at a non-profit organization(s). The non-profit organization(s) shall be pre-approved by the Court before performing the community service hours, otherwise any hours preformed before the pre-approval shall not be counted towards the service hours. The defendant shall perform and complete the community service hours by 6/30/2024.