# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00106-SAB-1 |
| Plaintiff, | ORDER CONTINUING PROBATION REVIEW HEARING TO SEPTEMBER 26, 2024, AND ORDERING DEFENDANT TO APPEAR IN PERSON |
| v. | |
| CHRISTOPHER DAVID HORSMAN, | |
| Defendant. | |

To accommodate the Court's calendar, the probation review hearing set for September 19, 2024, shall be continued to September 26, 2024, and Defendant shall appear in person.

Accordingly, IT IS HEREBY ORDERED that:

1.      The probation review hearing is continued to **September 26, 2024, at 10:00 a.m.** in Courtroom 9; and

2.      Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE