# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00106-SAB-1 |
| Plaintiff, | ORDER CONTINUING PROBATION REVIEW HEARING TO OCTOBER 16, 2024, AND ORDERING DEFENDANT TO APPEAR IN PERSON |
| v. | |
| CHRISTOPHER DAVID HORSMAN, | |
| Defendant. | |

To accommodate the Court's calendar and to ensure that defendant's counsel is present, the probation review hearing set for September 26, 2024 is continued to October 16, 2024, and Defendant shall appear in person.  Further, the Court shall order Defendant's counsel to update his contact information.

Accordingly, IT IS HEREBY ORDERED that:

1. The probation review hearing is continued to **October 16, 2024, at 2:00 p.m. in Courtroom 9**;

2. Defendant shall file his status report 14 days prior to his probation review hearing;

3. Defendant is ordered to appear in person;

4. Counsel Lawrence J. La Rocca shall promptly update his contact information through the Court's electronic filing system; and

5. The Clerk of Court is DIRECTED to mail a copy of this order to Lawrence J. LaRocca at 2062 Business Center Drive, Ste 200, Irvine, California 92612-1146.

IT IS SO ORDERED.

Dated:   **September 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE