MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTOPHER DAVID HORSMAN,<br><br>                Defendant. | Case No. 1:22-cr-00106-SAB<br><br>MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c); FED. R. CRIM. P. 32.1(c); and ORDER |

      The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves for an early termination of probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c).

      On November 20, 2024, the Court sentenced Defendant Christopher David Horsman, hereinafter referred to as "Defendant," on a violation of the terms of his probation. [ECF #39]. As part of the sentence, Defendant's probation was modified to be extended three months, to expire on February 20, 2025, with a fine of $1000 also imposed, to be paid in full, no later than January 3, 2025. *Id.* The Court ordered that should Defendant pay his fine in full by the due date, the United States may move for early termination of probation and vacatur of the probation review hearing scheduled for January 16, 2025, at 10:00 a.m. *Id.*

Pursuant to the Court's order, the United States moves for early termination of Defendant's probation pursuant to 18 U.S.C. § 3564(c) and Federal Rules of Criminal Procedure, Rule 32.1(c). The United States also moves for vacatur of the probation review hearing scheduled on January 16, 2025. The United States has confirmed payment in full of the $1000 fine by Defendant by the due date (see attachment A).

DATED: January 14, 2025                    Respectfully submitted,

                                                  MICHELE BECKWITH
                                                  Acting United States Attorney

                                   By:    /s/ Chan Hee Chu
                                                CHAN HEE CHU
                                                Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be terminated and that the Probation Review Hearing set for January 16, 2025, at 10:00 a.m. be VACATED.

IT IS SO ORDERED.

Dated: **January 15, 2025**

                                                    STANLEY A. BOONE
                                                    United States Magistrate Judge